PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYUNG JOON KIM, <br><br>    Plaintiff, <br><br>v. <br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al.*, <br><br>    Defendants. | Case No. 5:25-cv-07184-EKL <br><br>**JOINT STATUS REPORT AND STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b); [PROPOSED] ORDER** |

    The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form N-400, Application for Naturalization. On October 28, 2025, the Court granted the parties' request to stay proceedings due to the lapse in appropriations, and ordered Defendants' answer due thirty days after the shutdown has ended and appropriations to the Department of Justice have been restored. Dkt. No. 11. The parties conferred and stipulate to remand this case to United States Citizenship and Immigration Services.

    Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been interviewed. USCIS now is prepared to resolve this matter by adjudicating Plaintiff's application for

1  naturalization. However, USCIS cannot adjudicate the application until the Court remands the matter to
2  the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b)
3  case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160
4  (9th Cir. 2004) (accord).

Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

1. The Court shall remand this case to USCIS directing the agency to take all necessary actions within thirty days of the remand, to include issuance of a Request for Evidence ("RFE") or Notice of Intent to Deny ("NOID") on Plaintiff's application for naturalization.

2. USCIS will issue a decision within sixty days after receiving Plaintiff's response to the RFE or NOID.

4. Each of the parties shall bear their own costs and fees.

Dated: December 12, 2025                    Respectfully submitted,[1]

                                            CRAIG H. MISSAKIAN
                                            United States Attorney


                                             */s/ Molly A. Friend*
                                            MOLLY A. FRIEND
                                            Assistant United States Attorney
                                            Attorneys for Defendants

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: December 12, 2025

> /s/ Zachary Nightingale
> ZACHARY NIGHTINGALE
> Van Der Hout LLP
> Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 15, 2025

HON. EUMI K. LEE
United States District Judge